# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| REGINA FRANCOIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:23-cv-00292-TWT-LTW |
| METRODERM, P.C., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW, the Plaintiff and the Defendant herein, and, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby dismiss the above-styled civil action WITH PREJUDICE, each party to pay its own fees, costs, and expenses.

Respectfully submitted, this 25th day of July, 2023.

WE CONSENT AND SO STIPULATE:

[SIGNATURES ON FOLLOWING PAGE]

| | |
|---|---|
| */s/ John D. Bennett*\* | */s/ V. Severin Roberts, Esq.* |
| John D. Bennet | V. Severin Roberts |
| Georgia Bar No. 059212 | Georgia Bar No. 940504 |
| Emily M. Walker | Barrett & Farahany |
| Georgia Bar No. 221826 | P.O. Box 530092 |
| Freeman Mathis & Gary, LLP | Atlanta, GA 30353 |
| 100 Galleria Parkway, SE | T: 404-214-0120 |
| Suite 1600 | E: severin@justiceatwork.com |
| Atlanta, Georgia 30339 | |
| T: (770) 818-0000 | *Counsel for Plaintiff* |
| F: (770) 937-9960 | |
| E: jbennett@fmglaw.com | |
| E: emily.walker@fmglaw.com | |

*Counsel for Defendant*

\*With permission

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| REGINA FRANCOIS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO.:<br>) 1:23-cv-00292-TWT-LTW |
| METRODERM, P.C., | )<br>) |
| Defendant. | )<br>) |

## CERTIFICATE OF SERVICE

I certify that on this day I filed the foregoing *Joint Stipulation of Dismissal* with the Clerk of Court using the CM/ECF filing system which will send notification of such filing to all attorneys of record.

This 25th day of July, 2023.

*s/ V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504